

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Crystal Renea Dodson,

Vs. No. 11-20-00227-CV

Ector County, Texas,

\* From the 358th District Court
of Ector County,
Trial Court No. D-18-08-1183-CV-A.

\* August 4, 2022

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Williams, J., and Wright, S.C.J.,
sitting by assignment)
(Trotter, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Crystal Renea Dodson.